# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Preliminary

| | | | |
|---|---|---|---|
| Case Number: | 18-MJ-2468 | UNITED STATES vs. SANCHEZ | |
| Hearing Date: | 8/3/2018 | Time In and Out: | 9:49 am – 9:54 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Freddie Sanchez | Defendant's Counsel: | Ed Bustamante |
| AUSA | Shana Long | Pretrial/Probation: | D. Marrufo-Ramos |
| Interpreter: | | | |

## Initial Appearance

☐ Defendant sworn

☐ Defendant received a copy of charging document

☐ Court advises defendant(s) of possible penalties and all constitutional rights

☐ Defendant

☐ Government moves to detain    ☐ Government does not recommend detention

☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

☒ Defendant waives Preliminary hearing

☒ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

☐ Defendant waives detention hearing

☒ Defendant  previously detained

☐ Conditions

## Other

☐ Matter referred to _____ for final revocation hearing

☐