AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

_FILED_
_At Albuquerque NM_

# UNITED STATES DISTRICT COURT

AUG 3 2018

for the

District of New Mexico

United States of America

v.

_Freddie Sereña_

Defendant

)
)
)
)
)

Case No. 18 mj 2468 SCY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/3/18

_____
Defendant's signature

_____
Signature of defendant's attorney

BUSTAMANTE
Printed name and bar number of defendant's attorney

610 Gold SW
Address of defendant's attorney

ebustamante gmail.com
E-mail address of defendant's attorney

505. 842.9913
Telephone number of defendant's attorney

9105
FAX number of defendant's attorney